1   Anoush Hakimi (SBN 228858)
2   anoush@handslawgroup.com
    Peter Shahriari (SBN 237074)
3   peter@handslawgroup.com
4   Ani Avetisyan (SBN 266679)
    ani@handslawgroup.com
5   Laura Steven (SBN 332168)
6   laura@handslawgroup.com
7   **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
    1800 Vine Street
8   Los Angeles, CA 90028
9   Telephone: (888) 635-2250
    Facsimile: (213) 402-2170
10
11  Attorneys for Plaintiff,
    **CHANTEL CONTRERAS**
12
13              **UNITED STATES DISTRICT COURT**
14
15              **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| CHANTEL CONTRERAS, an individual, | Case No.: 2:20-cv-08352-JFW-JEM |
| Plaintiff, | District Judge:  Hon. John F. Walter |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| HARBOR FREIGHT TOOLS USA, INC., a Delaware corporation; and DOES 1-10, | |
| Defendants. | [Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)] |

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL WITH PREJUDICE
1

IT IS HEREBY STIPULATED by and between Plaintiff Chantel Contreras and Defendant Harbor Freight Tools USA, Inc., acting through their respective attorneys of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this Court enter a dismissal with prejudice of this action (Case No. 2:20-cv-08352-JFW-JEM), with each party to bear her/its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 22, 2021          THE LAW OFFICE OF HAKIMI & SHAHRIARI

                                   By:  /s/ Anoush Hakimi
                                        Anoush Hakimi
                                        Attorneys for Plaintiff Chantel Contreras

Dated:  February 22, 2021          BUCHALTER

                                   By:  /s/ Anne Marie Ellis
                                        Anne Marie Ellis
                                        Attorneys for Defendant Harbor Freight
                                        Tools USA, Inc.

**<u>SIGNATURE ATTESTATION</u>**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content, and have authorized the filing.

                                   /s/ Anoush Hakimi
                                   Anoush Hakimi
                                   Attorney for Plaintiff Chantel Contreras

---

STIPULATION OF DISMISSAL WITH PREJUDICE

2